DANIEL A. PLATT (SBN 132665)
dplatt@loeb.com
ARTHUR FELS (SBN 294802)
afels@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant EMPLOYEE BENEFIT MANAGEMENT SERVICES, LLC (misdenominated as Employee Benefit Management Services, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS and MONTEREY PENINSULA HORTICULTURE, INC./STEVEN ROBERTS ORIGINAL DESSERTS, LLC, EMPLOYEE BENEFIT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.;<br><br>Defendant. | Case No.: 5:20-cv-01660-NC<br><br>Hon. Mag. Nathanael M. Cousins<br><br>Date:  May 13, 2020<br>Time: 1:00 p.m.<br>Place: Courtroom 5, 4th Floor, San Jose Courthouse<br><br>**DECLARATION OF DANIEL A. PLATT IN SUPPORT OF DEFENDANT EMPLOYEE BENEFIT MANAGEMENT SERVICES, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Complaint Filed: March 6, 2020<br>Trial Date: None Set |

1
18907595.1
231426-10003
DECLARATION OF DANIEL A. PLATT IN SUPPORT OF MOTION TO DISMISS

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

# DECLARATION OF DANIEL A. PLATT

I, Daniel A. Platt, declare as follows:

1. I am a partner in the law firm of Loeb & Loeb LLP, counsel of record for defendant Employee Benefit Management Services, LLC ("EBMS") (misdenominated as Employee Benefit Management Services, Inc.) in the above-captioned matter. I am admitted to practice in this Court. I submit this declaration in support of EBMS's Motion to Dismiss the complaint of plaintiffs Monterey Peninsula Horticulure, Inc. dba Rocket Farms, and Monterey Peninsula Horticulture, Inc./Steven Roberts Original Desserts, LLC, Employee Benefit Plan (collectively, "Rocket"). I have personal knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. After dismissal of Rocket's third-party complaint against EBMS in Norther District Case No. 5:17-cv-07076-SVK, Rocket and EBMS agreed to mediate their dispute on November 22, 2019, in Billings, Montana. I attended the mediation with two corporate representatives of EBMS, each of whom had sufficient settlement authority. Rocket's counsel, Curtis Leavitt, attended the mediation alone with no employee, officer, or director of Rocket. The mediation did not result in a settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2020, at Los Angeles, California

/s/ *Daniel A. Platt*
Daniel A. Platt, Esq.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18907595.1
231426-10003

2
DECLARATION OF DANIEL A. PLATT IN SUPPORT OF MOTION TO DISMISS