KENNADAY LEAVITT PC
CURTIS S. LEAVITT (SBN 162032)
cleavitt@kennadayleavitt.com
621 Capitol Mall, Suite 2500
Sacramento, California 95814
Telephone:    (916) 732-3060

Attorneys for Plaintiffs
MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS and MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC, EMPLOYEE BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS and MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC, EMPLOYEE BENEFIT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.,<br><br>Defendant. | Case No. 5:20-cv-01660-NC<br><br>**DECLARATION OF CURTIS S. LEAVITT IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:    May 13, 2020<br>Time:    1:00 p.m.<br>Location: Courtroom 5, 4th Floor<br>Judge:   Hon. Mag. Nathanael M. Cousins<br><br>Complaint Filed: March 6, 2020<br>Trial Date:    None Set |

I, Curtis Leavitt, declare:

1. I am a partner with the law firm of Kennaday Leavitt PC, attorneys of record for Plaintiffs MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS and MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC, EMPLOYEE BENEFIT PLAN. I have personal knowledge of the facts sets forth herein and, if called to do so, could and would competently testify thereto. I submit this Declaration in support of the Plaintiffs' Opposition to Defendant's Motion to Dismiss.

2. On September 17, 2019, a pre-mediation call was held with Mediator, Richard Mainland. I was present on the call on behalf of Plaintiffs. Dan Platt was present on the call on behalf

of Defendant. During the call, I recommended that the mediation occur in California because Plaintiffs, all counsel, and the mediator resided in California. Only EBMS resided in Montana. I further stated that I could guarantee Plaintiffs' personal attendance at a mediation occurring anywhere in California, if Plaintiffs' personal attendance was important to EBMS. However, if EBMS insisted on the mediation occurring in Billings, Montana, then an employee representative from Monterey Peninsula Horticulture, Inc., could not attend the mediation in person, but would be available by phone. I also stated that I would have full settlement authority regardless of where the mediation occurred. Mr. Platt insisted on the mediation occurring in Billings, Montana, and understood that in having the mediation in Billings, Montana, Plaintiffs' organizational representative would be available by phone. The parties' agreement was confirmed in an e-mail sent later that day by the mediator, wherein Mr. Mainland wrote:

> This will confirm our conference this morning as follows:
>
> 1. The mediation will be held in Billings, Montana at EBMS's offices. Mr. Platt will circulate the address of the offices. Mr. Leavitt's client representative will not be present, but will be available by phone on the day of the mediation. Mr. Levitt will attend with full settlement authority.

Mr. Platt did not object, contest, or question the accuracy of Mediator Mainland's confirming e-mail. Instead, Mr. Platt responded with gratitude, and provided the address for EBMS's office. (Attached as Exhibit "1," is a true and correct copy of Mr. Mainland's September 17, 2019, email confirming the parties' agreement that a representative from Monterey Peninsula Horticulture would not attend the mediation in Billings, Montana, and Mr. Platt's e-mail response of the same day.)

3. On September 18, 2019, The American Arbitration Association sent a second email confirming the arrangements made on the September 17, 2019 pre-mediation call. (Attached as Exhibit "2," is a true and correct copy of the AAA's confirmation email sent to D. Platt, counsel for EBMS, and myself.)

4. On November 12, 2019, I sent to Mediator, Richard Mainland, Plaintiffs' mediation brief. The brief detailed the issues to be addressed at mediation, and included as attachments the relevant contracts and the Plan's Summary Plan Description. A copy of Plaintiffs' mediation brief was sent to Dan Platt on November 20, 2019.

5.     On November 21, 2019, the Mediator, along with counsel for Plaintiffs and Defendant, flew from California to Billings, Montana. The mediation began early the following day. I attended with full settlement authority. My client's President, Charles Kosmont, was available by phone the entire time, and in-fact participated in several phone calls. At no time during the mediation did Defendant or its counsel object to the fact that my client was not personally present, nor did it request that he personally attend. The mediator's efforts, unfortunately, did not result in a mediated settlement. The Mediator, along with counsel for Plaintiffs and Defendant left Billings Montana and returned to California the following day.

6.     On January 6, 2020, the American Arbitration Association sent an email to Dan Platt and myself indicating that the mediation would be closed because the "Mediator has advised … that the parties have reached a mediation impasse." (Attached as Exhibit "3," is a true and correct copy of the AAA January 6, 2020, email.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2020, at Sacramento, California.

By:     */s/ Curtis S. Leavitt*
          CURTIS S. LEAVITT

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL | SUITE 2500
SACRAMENTO, CA 95814

00197414.1                                                     -3-
DECLARATION OF CURTIS S. LEAVITT IN OPPOSITION TO DEFENDANT'S MTD

Exhibit 1

| | |
|---|---|
| **From:** | Daniel Platt <dplatt@loeb.com> |
| **Sent:** | Tuesday, September 17, 2019 1:25 PM |
| **To:** | Richard Mainland; AAA Denise Crow; Curtis S. Leavitt; Erin Harris; Lance Martin |
| **Cc:** | AAA Denise Crow; Arthur Fels; Vicki Garza |
| **Subject:** | RE: Monterey Peninsula Horticulture, Inc. v.EmployeeBenefitManagement Services, Inc. - Case 01-19-0002-3690 |

All,

Thank you for your time today. Please note the following:

1. My client's address for the mediation: 2075 Overland Avenue, Billings, MT 59104-1367.
2. October 18, 2019 is not available for the mediation.

Dan Platt

**From:** Richard Mainland <richardmainland@gmail.com>
**Sent:** Tuesday, September 17, 2019 11:49 AM
**To:** AAA Denise Crow <DeniseCrow@adr.org>; Daniel Platt <dplatt@loeb.com>; Curtis S. Leavitt <cleavitt@kennadayleavitt.com>; eharris@kennadayleavitt.com; Lance Martin <lmartin@kennadayleavitt.com>
**Cc:** AAA Denise Crow <DeniseCrow@adr.org>
**Subject:** RE: Monterey Peninsula Horticulture, Inc. v.EmployeeBenefitManagement Services, Inc. - Case 01-19-0002-3690


Dear Counsel and Ms. Crow: This will confirm our conference this morning as follows:

1. The mediation will be held in Billings, Montana at EBMS's offices. Mr. Platt will circulate the address of the offices. Mr. Leavitt's client representative will not be present, but will be available by phone on the day of the mediation. Mr. Leavitt will attend with full settlement authority .

2. Respecting the date for the mediation, we have all committed to be available on November 22, 2019. We are hopeful, however, of holding the mediation earlier. As I advised you, I presently have an arbitration hearing the week of November 11-15, 2019, but it is possible that the hearing will be delayed after a conference to be held on October 1, 2019. I will advise you on October 1, 2019 as to my availability during the period November 13-15, 2019, which I understand is available on your calendars. Mr. Leavitt and I are also available on October 18, 2019, and Mr. Platt will check on his client's availability that day and advise us promptly. We will hold the mediation on the earliest date on which all parties and counsel are available (worst case, November 22).

3. Mediation memoranda will be provided not later than 10 days before the mediation date. Counsel are encouraged to exchange those memoranda with each other, and to submit separate letters to the mediator containing any confidential information you do not want to share with the other party before the mediation. Counsel are also encouraged to consider what key documents (e.g., contracts, ERISA Plan documents) to submit to me with your mediation memoranda. I would ask that you send the mediation memoranda to me by email and in hard copy.

4. Mr. Leavitt agreed to provide me with a hard copy of the Mediation Demand and Mediation Summary (with exhibits). My contact information is:

1

        Richard Mainland
        2266 Westridge Road
        Los Angeles, CA 90049
        Phone:  310-476-3484
        Email:  richardmainland@gmail.com

Thank you for your cooperation today, and I look forward to working with you to resolve this matter.

Richard Mainland
Mediator

Exhibit 2



Western Case Management Center
Patrick Tatum
Vice President
45 E River Park Place West, Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

September 18, 2019

**VIA ELECTRONIC MAIL**

Curtis S. Leavitt, Esq.
Kennaday Leavitt Owensby PC
621 Capitol Mall, Suite 2500
Sacramento, CA 95814

Daniel A. Platt, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

**Case Number: 01-19-0002-3690**
**Monterey Peninsula Horticulture, Inc. dba Rocket Farms; Monterey Peninsula Horticulture, Inc. / Steven Roberts**
**Original Desserts, LLC, Employee Benefit Plan**
**-and-**
**Employee Benefit Management Services, Inc.**

Dear Parties:

This will confirm a pre-mediation call was held on September 17, 2019 and the following arrangements were made:

The mediation conference has been set for:

| | |
|---|---|
| **Type:** | **Mediation Session** |
| **Method:** | **In-Person** |
| **Date:** | **November 22, 2019** |
| **Time:** | **09:00 AM Mountain Time** |
| **Place:** | **Employee Benefit Management Services, Inc.** |
| | **2075 Overland Avenue** |
| | **Billings, MT 59104** |

The mediator has invited the parties to submit pre-mediation memoranda. The pre-mediation memoranda shall be brief; not to exceed five (5) pages. Pre-mediation memoranda are considered confidential and are not exchanged between the parties unless the parties indicate otherwise. Your pre-mediation memoranda should identify parties,

summarize facts, concisely state the issues, state the total damages and set forth computations for each element. Also, please include last communicated demand and offer (if applicable) and any identified or perceived roadblocks to settlement.

Pre-mediation memoranda shall be filed by **November 12, 2019** and submitted directly to the mediator via e-mail.

Each party has been invoiced as provided for in section M-18 of the AAA's Employment Mediation Procedures for their share of costs and expenses of the mediation. You will each receive a separate invoice reflecting your portion of the Mediation fees in shortly. Please remit payment on or before **October 4, 2019.** As stated in the "Cost of the Mediation" section of the AAA's Mediation Procedures, the cost of the mediation is based on the hourly or daily rate published on the mediator's AAA profile. In addition, the parties will be assessed an administrative fee for AAA's services of $75 for each hour charged by the mediator.

Checks can be made payable to the American Arbitration Association. Payment can also be made online using our Quick Pay option. A unique Pay Pin can be found on the final page of your invoice, under Payment Options. To pay an invoice or statement, please visit www.adr.org, select 'File or Access Your Case' and then choose 'Quick Pay an Invoice.'

Should you have any questions please do not hesitate to contact the undersigned.

Sincerely,

Jose Guerrero, on behalf of,
Denise M Crow
Manager of ADR Services
Direct Dial: (559)490-1846
Email: DeniseCrow@adr.org
Fax: (855)433-3046


cc :   Richard R. Mainland, Esq.
       Lance M. Martin, Esq.
       Arthur Fels
       Erin Harris, Esq.

# Exhibit 3



Western Case Management Center
Patrick Tatum
Vice President
45 E River Park Place West, Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

January 9, 2020

**VIA ELECTRONIC MAIL**

Curtis S. Leavitt, Esq.
Kennaday Leavitt Owensby PC
621 Capitol Mall,
Suite 2500
Sacramento, CA 95814

Daniel A. Platt, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard,
Suite 2200
Los Angeles, CA 90067

**Case Number: 01-19-0002-3690**
**Monterey Peninsula Horticulture, Inc. dba Rocket Farms; Monterey Peninsula Horticulture, Inc. / Steven Roberts**
**Original Desserts, LLC, Employee Benefit Plan**
**-and-**
**Employee Benefit Management Services, Inc.**

Dear Parties:

The Mediator has advised us that the parties have reached a mediation impasse in the above matter. Therefore we are closing the file. Please note that the case file will be destroyed six (6) months after the date of this letter.

Any amounts deposited were credited to the parties' respective accounts. Any amounts owed are due and payable. Any refunds due will be issued promptly. For your convenience, any outstanding charges due may be paid by credit card through WebFile, the AAA's online filing and case administration tool or by remitting payment to this office. You can access WebFile by clicking the "File a Case" link on our home page at www.adr.org.

Before closing the AAA's file in this matter, I would like to remind you that any or all outstanding issues in dispute may be submitted to binding arbitration or other alternative dispute resolution (ADR) process under the AAA's auspices. If you are interested in discussing other dispute resolution options, please do not hesitate to contact me or visit our website for information about arbitration, early neutral evaluation, and fact-finding.

You will receive a survey within the next few weeks. Please take a moment to complete it as we value your opinion and any feedback you may have.

Thank you for using the mediation services of the American Arbitration Association.

Sincerely,


Jose Guerrero, on behalf of,
Denise M Crow
Manager of ADR Services
Direct Dial: (559)490-1846
Email: DeniseCrow@adr.org
Fax: (855)433-3046


cc :   Richard R. Mainland, Esq.