1  KENNADAY LEAVITT PC
   CURTIS S. LEAVITT (SBN 162032)
2  cleavitt@kennadayleavitt.com
   LANCE M. MARTIN (SBN 294457)
3  lmartin@kennadayleavitt.com
   621 Capitol Mall, Suite 2500
4  Sacramento, California 95814
   Telephone: (916) 732-3060
5
   Attorneys for Plaintiffs/Counter-Defendants
6  MONTEREY PENINSULA HORTICULTURE,
   INC. dba ROCKET FARMS and MONTEREY
7  PENINSULA HORTICULTURE, INC. / STEVEN
   ROBERTS ORIGINAL DESSERTS, LLC,
8  EMPLOYEE BENEFIT PLAN

9

10                  UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12 | MONTEREY PENINSULA | Case No. 5:20-cv-01660-NC
   | HORTICULTURE, INC. dba ROCKET |
13 | FARMS and MONTEREY PENINSULA | **MONTEREY HORTICULTURE'S**
   | HORTICULTURE, INC. / STEVEN | **ANSWER TO EBMS' COUNTERCLAIM**
14 | ROBERTS ORIGINAL DESSERTS, LLC, |
   | EMPLOYEE BENEFIT PLAN, |
15 | | Judge:      Hon. Mag. Nathanael M. Cousins
16 | Plaintiffs, |
   | | Complaint Filed:    March 6, 2020
17 | v. | Counterclaim Filed:  June 26, 2020
   | | Trial Date:          None Set
18 | EMPLOYEE BENEFIT MANAGEMENT |
   | SERVICES, INC., |
19 | |
20 | Defendant. |
   |‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾|
21 | EMPLOYEE BENEFIT MANAGEMENT |
   | SERVICES, INC., |
22 | |
   | Counter-Claimant, |
23 | |
   | v. |
24 | |
   | MONTEREY PENINSULA |
25 | HORTICULTURE, INC. dba ROCKET |
   | FARMS and MONTEREY PENINSULA |
26 | HORTICULTURE, INC. / STEVEN |
   | ROBERTS ORIGINAL DESSERTS, LLC, |
27 | EMPLOYEE BENEFIT PLAN, |
   | |
28 | Counter-Defendants. |

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL, SUITE 2500
SACRAMENTO, CA 95814

Plaintiffs and Counter-Defendants MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARM and MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC EMPLOYEE BENEFIT PLAN (collectively "Monterey Horticulture") respectfully submit this Answer to Defendant and Counter-Claimant EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.'s ("EBMS") Counterclaim filed against Monterey Horticulture as follows:

1.      In response to ¶ 1 of the Counterclaim, Monterey Horticulture denies the allegations based on a lack of information or knowledge.

2.      In response to ¶ 2 of the Counterclaim, Monterey Horticulture admits the allegations contained therein.

3.      In response to ¶ 3 of the Counterclaim, Monterey Horticulture denies the allegations based on a lack of information or knowledge.

4.      In response to ¶ 4 of the Counterclaim, Monterey Horticulture denies the allegations based on a lack of information or knowledge.

5.      In response to ¶ 5 of the Counterclaim, Monterey Horticulture admits that EBMS is asserting ancillary and supplemental jurisdiction, but otherwise denies the allegations based on a lack of information or knowledge.

6.      In response to ¶ 6 of the Counterclaim, Monterey Horticulture admits that EBMS is asserting diversity jurisdiction, but otherwise denies the remainder of allegations based on a lack of information or knowledge.

7.      In response to ¶ 7 of the Counterclaim, Monterey Horticulture admits it is located and conducts business in California, but denies the remainder of the allegations based on a lack of information or knowledge.

8.      In response to ¶ 8 of the Counterclaim, Monterey Horticulture admits it provided fully-insured healthcare insurance to its qualifying employees prior to July 1, 2014, and Monterey Horticulture engaged Alliant to discuss options for providing healthcare insurance in April 2014, but denies the purpose of the discussions was to specifically address the risk and rewards of using Reference Based Pricing. Monterey Horticulture denies the remaining allegations.

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL, SUITE 2500
SACRAMENTO, CA 95814

9.   In response to ¶ 9 of the Counterclaim, Monterey Horticulture admits Alliant issued a Request for Proposal on or around July 1, 2014, but denies the allegations the proposal requirements were "strict." Monterey Horticulture admits "Exhibit A" appears to be a true and correct copy of the Request for Proposal. Monterey Horticulture denies the remaining allegations.

10.   In response to ¶ 10 of the Counterclaim, Monterey Horticulture admits it selected the proposal submitted by EBMS and/or AMPS/CDS. Monterey Horticulture denies the remaining allegations.

11.   In response to ¶ 11 of the Counterclaim, Monterey Horticulture admits the allegations contained therein. Monterey Horticulture admits "Exhibit B" appears to be a true and correct copy of the Administrative Service Agreement executed between Monterey Horticulture and EBMS, and admits "Exhibit C" appears to be a true and correct copy of the Claims Delegate Service Agreement executed between Monterey Horticulture, EBMS, and AMPS/CDS.

12.   In response to ¶ 12 of the Counterclaim, Monterey Horticulture admits the allegations contained therein.

13.   In response to ¶ 13 of the Counterclaim, Monterey Horticulture admits the allegations contained therein.

14.   In response to ¶ 14 of the Counterclaim, Monterey Horticulture admits its third-party complaint against EBMS was dismissed without prejudice. Monterey denies that EBMS has suffered "significant" expenses based on a lack of information or knowledge, and denies the remaining allegations.

15.   In response to ¶ 15 of the Counterclaim, Monterey Horticulture incorporates its responses to paragraphs 1-14 of the Counterclaim as if fully set forth herein.

16.   In response to ¶ 16 of the Counterclaim, the allegations contained therein are a legal/contractual assertion to which no response is required.

17.   In response to ¶ 17 of the Counterclaim, Monterey Horticulture denies EBMS incurred and continues to incur "considerable" expenses based on a lack of information or knowledge. Monterey Horticulture denies the remaining allegations.

18.   In response to ¶ 18 of the Counterclaim, Monterey Horticulture denies the allegations

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL, SUITE 2500
SACRAMENTO, CA 95814

1    contained therein.

2       19.    In response to ¶ 19 of the Counterclaim, Monterey Horticulture denies EBMS is

3    entitled to indemnification from Monterey Horticulture, and therefore denies all the allegations

4    therein.

5       20.    In response to ¶ 20 of the Counterclaim, Monterey Horticulture incorporates its

6    responses to paragraphs 1-19 of the Counterclaim as if fully set forth herein.

7       21.    In response to ¶ 21 of the Counterclaim, the allegations contained therein are a

8    legal/contractual assertion to which no response is required.

9       22.    In response to ¶ 22 of the Counterclaim, Monterey Horticulture denies EBMS

10   incurred and continues to incur "considerable" expenses based on a lack of information or

11   knowledge. Monterey Horticulture denies the remaining allegations.

12      23.    In response to ¶ 23 of the Counterclaim, Monterey Horticulture denies EBMS is

13   entitled to indemnification from Monterey Horticulture, and therefore denies all the allegations

14   therein.

15      24.    In response to ¶ 24 of the Counterclaim, Monterey Horticulture incorporates its

16   responses to paragraphs 1-23 of the Counterclaim as if fully set forth herein.

17      25.    In response to ¶ 25 of the Counterclaim, Monterey Horticulture denied EBMS is

18   entitled to equity and indemnification from Monterey Horticulture, and therefore denies all the

19   allegations therein.

## PRAYER FOR RELIEF

21      1.    Monterey Horticulture denies EBMS is entitled to judgment in any amount;

22      2.    Monterey Horticulture denies EBMS is entitled to contractual indemnification from

23   Monterey Horticulture;

24      3.    Monterey Horticulture denies EBMS is entitled to equitable indemnification from

25   Monterey Horticulture; and

26      4.    Monterey Horticulture denies EBMS is entitled to other or further relief.

## AFFIRMATIVE DEFENSES

28      Monterey Horticulture raises the following affirmative defenses to each and every claim

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL, SUITE 2500
SACRAMENTO, CA 95814

asserted against it and as to each of the acts and/or omissions with which Monterey Horticulture is charged in the Counterclaim. Monterey Horticulture alleges the following affirmative defenses without assuming the burden of proof for such where the burden is by law upon EBMS.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

### (Laches)

Each and every claim for relief asserted in the Counterclaim is barred by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

Each and every claim for relief asserted in the Counterclaim is barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

EBMS waived each and every claim for relief asserted in the Counterclaim.

### FIFTH AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

Each and every claim for relief asserted in the Counterclaim is barred by the doctrine of equitable estoppel.

### SIXTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

EBMS' claims are barred by the applicable statutes of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

### (Moot)

The claims contained in EBMS' Counterclaim are moot.

///

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL, SUITE 2500
SACRAMENTO, CA 95814

## EIGHTH AFFIRMATIVE DEFENSE

### (Future Defenses)

Monterey Horticulture reserves the right to assert other applicable affirmative defenses as may become available or apparent during discovery proceedings. Monterey Horticulture further reserves the right to amend its Answer and/or affirmative defenses accordingly and/or delete affirmative defenses that it determines are not applicable during the course of subsequent discovery.

### PRAYER FOR RELIEF

WHEREFORE, Monterey Horticulture prays for judgment against EBMS as follows:

1.    EBMS take nothing by this action;

2.    EBMS' Counterclaim against Monterey Horticulture be dismissed with prejudice;

3.    Monterey Horticulture have judgment against EBMS;

4.    Monterey Horticulture recover its attorneys' fees and costs of suit herein as permitted by law;

5.    For such other relief as the Court deems just and proper.

DATED: July 17, 2020                                      KENNADAY LEAVITT PC


By: _/s/ Curtis S. Leavitt_____
CURTIS S. LEAVITT
Attorneys for Plaintiffs/Counter-Defendants
MONTEREY PENINSULA HORTICULTURE,
INC. dba ROCKET FARMS and MONTEREY
PENINSULA HORTICULTURE, INC. /
STEVEN ROBERTS ORIGINAL DESSERTS,
LLC, EMPLOYEE BENEFIT PLAN

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL, SUITE 2500
SACRAMENTO, CA 95814