KENNADAY LEAVITT PC
CURTIS S. LEAVITT (SBN 162032)
cleavitt@kennadayleavitt.com
LANCE M. MARTIN (SBN 294457)
lmartin@kennadayleavitt.com
621 Capitol Mall, Suite 2500
Sacramento, California 95814
Telephone: (916) 732-3060

Attorneys for Plaintiffs/Counter-Defendants
MONTEREY PENINSULA HORTICULTURE,
INC. dba ROCKET FARMS and MONTEREY
PENINSULA HORTICULTURE, INC. / STEVEN
ROBERTS ORIGINAL DESSERTS, LLC,
EMPLOYEE BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS and MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC, EMPLOYEE BENEFIT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.,<br><br>Defendant. | Case No. 5:20-cv-01660-NC<br><br>**JOINT STATEMENT RE: DISCOVERY ISSUES**<br><br>Judge: Hon. Mag. Nathanael M. Cousins<br><br>Complaint Filed: March 6, 2020<br>Counterclaim Filed: June 26, 2020<br>Trial Date: None Set |
| EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARMS and MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC, EMPLOYEE BENEFIT PLAN,<br><br>Counter-Defendants. | |

19337178.1
231426-10003002011111.1

-1-

Plaintiffs / Counter-Defendants MONTEREY PENINSULA HORTICULTURE, INC. dba ROCKET FARM and MONTEREY PENINSULA HORTICULTURE, INC. / STEVEN ROBERTS ORIGINAL DESSERTS, LLC EMPLOYEE BENEFIT PLAN (collectively "Monterey Horticulture") and Defendant / Counter-Claimant EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.'s ("EBMS") file this Joint Statement describing each unresolved discovery issue and each party's proposed compromise pursuant to Civil Standing Order issued by Magistrate Judge Nathanael M. Cousins, dated March 15, 2019.

**STATEMENT OF MONTEREY HORTICULTURE**

On April 29, 2020, Monterey Horticulture propounded 59 Requests for Production of documents on EBMS seeking documents directly relevant to Monterey Horticulture's claims. EBMS served its responses on June 5, 2020. Defendants refused to produce a single document responsive to any of the 59 requests.

On June 16, 2020, Monterey Horticulture sent a meet and confer letter regarding EBMS's refusal to produce any documents responsive to the 59 requests. EBMS sent a responsive letter on June 24, 2020. In its letter, EBMS would not agree to produce any documents responsive to the 59 requests.

On July 7 and 8, 2020, counsel for Monterey Peninsula and counsel for EBMS spent two afternoons discussing each of the requests and EBMS's rationale for refusing to produce any documents to each of the requests. All of EBMS's issues were resolved in those two lengthy conversations. EBMS agreed to produce documents but would not commit to any day as to when the documents would be produced. The parties' agreements and understandings were confirmed in two separate e-mails sent upon the conclusion of both calls. Nonetheless, EBMS still refuses to produce any documents, and as of the filing of Monterey Peninsula's motion to compel, has refused to provide any date as to when responsive documents will be produced.

Accordingly, the only current unresolved discovery issue is **when** EBMS will produce documents responsive to Monterey Peninsula's 59 requests for production in accordance with FRCP 34. Monterey Peninsula's proposed compromise is that EBMS produce all responsive documents

19337178.1
231426-10003002011111.1

-2-

JOINT STATEMENT RE: DISCOVERY ISSUES

immediately, or provide a detailed explanation as to why such documents cannot be produced.

**STATEMENT OF EBMS**

The fifty-nine categories of documents requested by Monterey Peninsula Horticulture, Inc. ("MPH") cover a broad range of material created before, during, and after the three-year period in which EBMS was the third-party administrator of MPH's self-funded employee healthcare plan. EBMS served timely responses to MPH's requests and committed to searching for and producing responsive documents for the majority of the categories. MPH almost immediately engaged EBMS in a meet and confer process that culminated in two lengthy phone conversations between counsels for both parties.

During the calls, MPH clarified and narrowed a number of requests EBMS had objected to as unacceptably vague or ambiguous and repeatedly demanded EBMS commit to a firm schedule for producing documents. EBMS explained that the breadth of categories requested by MPH would require an extensive search of EBMS's records, which was ongoing at that time. EBMS assured MPH that it would search for, review, and produce responsive documents in a diligent manner consistent with its obligations under the Federal Rules.

Notwithstanding the statement submitted by MPH that "EBMS still refuses to produce any documents," EBMS produced to MPH on July 23, 2020 over 8,000 pages of documents. MPH accessed these documents twice on July 31, 2020. EBMS has represented to MPH that it will continue to produce additional documents to MPH as they become available. At this early stage in the case, the parties are working together to satisfy their discovery obligations. Intervention from the Court is

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL | SUITE 2500
SACRAMENTO, CA 95814

not necessary.

DATED: August 10, 2020  KENNADAY LEAVITT PC

By: */s/ Curtis S. Leavitt*
CURTIS S. LEAVITT
Attorneys for Plaintiffs/Counter-Defendants
MONTEREY PENINSULA HORTICULTURE,
INC. dba ROCKET FARMS and MONTEREY
PENINSULA HORTICULTURE, INC. /
STEVEN ROBERTS ORIGINAL DESSERTS,
LLC, EMPLOYEE BENEFIT PLAN

Dated: August 10, 2020  LOEB & LOEB LLP
DANIEL A. PLATT
ARTHUR FELS

By:  */s/ Arthur Fels*
Arthur Fels
Attorneys for Defendant
EMPLOYEE BENEFIT
MANAGEMENT SERVICES,
LLC. (misdenominated as
Employee Benefit Management
Services, Inc.)

# **PROOF OF SERVICE**

I, Patsy Taylor, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On August 10, 2020, I caused to be served a true copy of **JOINT STATEMENT RE: DISCOVERY ISSUES** on the parties in this cause as follows:

| | |
|---|---|
| Anton C. Gerschler<br>6824 Embarcadero Lane<br>Carlsbad, CA 92011<br>Phone (760) 814-2470<br>Fax (619) 507-9411<br>Anton@GerschlerLaw.com<br>Karen@Gerschlerlaw | Heidi C. Quan Murchison And Cummings<br>Embarcadero Center West<br>275 Battery Street, Suite 850<br>San Francisco, California 94111<br>Phone: (415) 524-4300<br>Fax: (415) 391-2058<br>HQuan@murchisonlaw.com |
| KENNADAY LEAVITT PC<br>CURTIS S. LEAVITT (SBN 162032)<br>cleavitt@kennadayleavitt.com<br>LANCE M. MARTIN (SBN 294457)<br>lmartin@kennadayleavitt.com<br>621 Capitol Mall, Suite 2500<br>Sacramento, California 95814<br>Telephone: (916) 732-3060 | |

☑ **(VIA EMAIL)** I caused the transmission of the above-named document(s) to the email address set forth below, or on the attached service list.

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19337178.1
231426-10003002011111.1

-5-

JOINT STATEMENT RE: DISCOVERY ISSUES

Executed on August 10, 2020, at Los Angeles, California.

                                                /s/ Patsy Taylor
                                                Patsy Taylor

KENNADAY LEAVITT PC
ATTORNEYS AT LAW
621 CAPITOL MALL | SUITE 2500
SACRAMENTO, CA 95814