UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY PENINSULA HORTICULTURE, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., et al.,<br><br>Defendants. | Case No. 20-cv-01660-NC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**<br><br>Re: Dkt. Nos. 30, 33 |

On August 10, 2020, plaintiff Monterey Peninsula Horticulture, Inc. ("MPH") sought to compel production of documents to 59 discovery requests it served on defendant Employee Benefit Management Services, Inc. ("EBMS") in April 2020. *See* Dkt. No. 30. Given that five months have passed since MPH first propounded its discovery requests, the Court ordered EBMS to explain whether it was able to produce responsive documents by August 31, 2020. *See* Dkt. No. 32. In its update, EBMS represents that it has identified documents that are potentially responsive to MPH's requests, but is still in the process of reducing the length and number of documents for review. *See* Dkt. No. 33.

Further delay is not warranted. Accordingly, the Court GRANTS MPH's motion to compel production. By **August 27, 2020**, EBMS must produce all documents relating to:

- Telephone recording of calls from Salinas Valley Memorial Hospital to EBMS regarding reimbursement rates for MPH's employees; and
- Relevant excerpts of employee manuals, if any, detailing EBMS's recommended practices for (1) creating self-funded employee healthcare

plans with a reference-based pricing component, and (2) administering employee healthcare plans with a reference-based pricing component. EBMS must complete production of all remaining non-privileged documents responsive to MPH's requests for production by **September 23, 2020**, and file a declaration attesting that it has completed production.  The Court defers ruling on fees and costs relating to this motion.

**IT IS SO ORDERED.**

Dated:  August 24, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

2