UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALINAS VALLEY MEMORIAL HEALTHCARE SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY PENINSULA HORTICULTURE, INC., et al.,<br><br>Defendants. | Case No. 17-cv-07076-SVK<br><br>**ORDER RE AUGUST 31, 2020 MEDIATION STATUS REPORTS**<br><br>Re: Dkt. Nos. 167, 168 |
| MONTEREY PENINSULA HORTICULTURE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.,<br><br>Defendant. | Case No. 20-cv-01660-NC<br><br>**ORDER RE AUGUST 31, 2020 MEDIATION STATUS REPORTS**<br><br>Re: Dkt. Nos. 37, 38 |

Having reviewed the parties' mediation status reports, the Court hereby ORDERS as follows:

1. The deadline for the global mediation in both cases is extended to **September 15, 2020**.

2. The parties must file a joint mediation status report by **September 22, 2020.**

**SO ORDERED.**

Dated: September 2, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge